Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

KATHY HOPKINS

vs

First Unum Life Insurance Company of America, Phoenix House Foundation, Inc. Employees Long Term Disability PlaN

FILED
08 JUN 25 PM 2:54
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**
Case No. '08 CV 1139 J CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

George L. de la Flor, APC
8355 La Mesa Blvd.
La Mesa, CA 91941
(619) 698-2926

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JUN 2 5 2008

W. Samuel Hamrick, Jr.
CLERK                                       DATE

By C. PUTNAM, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)